IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CV-349-D

IN RE: ASSETS OF STEPHEN PETERS,        )
AMY PETERS, VISIONQUEST WEALTH LLC,     )
VISIONQUEST WEALTH MANAGEMENT LLC,      )
AND VISIONQUEST CAPITAL LLC             )

## ORDER SEALING GOVERNMENT'S REDACTED SUPPLEMENTAL DECLARATION IN SUPPORT OF RESTRAINING ORDER

On the Motion of the Government and for good cause shown, it is hereby ORDERED that the Government's Redacted Supplemental Declaration in Support of Restraining Order filed herein be sealed until further order of the Court, with the exception that the Government shall provide copies to respondents' counsel for their review with (but not provision to) their clients. The Clerk of Court may also provide copies to the Office of the United States Attorney for the Eastern District of North Carolina upon request.

SO ORDERED.

This __17__ day of September, 2017.

_____
JAMES C. DEVER, III
Chief United States District Judge