IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-349-D

IN RE: ASSETS OF STEPHEN PETERS, )
AMY PETERS, VISIONQUEST WEALTH LLC, ) **ORDER**
VISIONQUEST WEALTH MANAGEMENT LLC, )
AND VISIONQUEST CAPITAL LLC, )

On September 15, 2017, the government filed under seal a supplemental declaration of Special Agent David Harding of the Federal Bureau of Investigation. See [D.E. 30]. The supplemental declaration provides detailed information concerning the ongoing fraud investigation of Stephen Peters, Amy Peters, Visionquest Wealth LLC, Visionquest Wealth Management LLC, and Visionquest Capital LLC. See id. The government has provided the supplemental declaration to counsel for Stephen Peters and Amy Peters, and counsel can use the supplemental declaration to prepare for the hearing on September 22, 2017. Cf. [D.E. 28] 5–17; [D.E. 29].

This court did not have the benefit of the supplemental declaration [D.E. 30] or the government's reply [D.E. 32] when it signed its order of September 15, 2017. See [D.E. 33]. The court has reviewed the supplemental declaration of Special Agent Harding at docket entry 30 and his declaration at docket entry 14. The government's motion for reconsideration [D.E. 34] is GRANTED, and it need not provide the declaration of Special Agent Harding at docket entry 14 to counsel for Stephen Peters and Amy Peters. See, e.g., Am. Civil Liberties Union v. Holder, 673 F.3d 245, 253 (4th Cir. 2011) ("The United States has a compelling interest in protecting the integrity of ongoing fraud investigations."); Va. Dept. of State Police v. Washington Post, 386 F.3d 567, 579 (4th Cir. 2004) (same). Providing the supplemental declaration at docket entry 30 to counsel permits

counsel to prepare for the hearing on September 22, 2017. At the same time, not providing the declaration at docket entry 14 protects the integrity of the ongoing fraud investigation by, for example, not revealing the identity of cooperating witnesses. Moreover, not providing the declaration at docket entry 14 mitigates against possible obstruction of justice.

SO ORDERED. This 17 day of September 2017.

JAMES C. DEVER III
Chief United States District Judge