IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:17-CV-0349-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEPHEN PETERS; AMY PETERS; | ) | |
| VISIONQUEST WEALTH, LLC; | ) | |
| VISIONQUEST WEALTH | ) | |
| MANAGEMENT, LLC; AND | ) | |
| VISIONQUEST CAPITAL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

On the Motion of Defendant Stephen Peters, and for good cause shown, it is hereby ORDERED that Defendant Peters's Response to the Government's Redacted Supplemental Declaration in Support of Restraining order filed herein be sealed until further order of the Court. The clerk of Court may provide copies of Defendant Peters's Response to the Office of the United States Attorney for the Eastern District of North Carolina.

SO ORDERED.

This the 21 day of September, 2017.

JAMES C. DEVER, III
Chief United States District Judge